UNITED STATES DISTRICT COURT
Southern District of New York
Office of the Clerk
500 Pearl Street
New York, N.Y. 10007
(212)805-0136

J. Michael McMahon
Clerk

USDC DISTRICT OF COLUMBIA

Date: 2/13/09

In Re: fannie mae

MDL       2013

Your Docket #

1:08 -1825  RJL

S.D. OF N.Y.

09 CV 1350

Dear Sir:

Enclosed is a certified copy of the order of the Judicial Panel on Multidistrict Litigation, transferring the above entitled action presently pending in your court, to the Southern District of New York and assigned to Judge     LYNCH     for coordinated or consolidated pretrial processing pursuant to 28 USC 1407.

Please return the copy of this letter when transmitting a CERTIFIED COPY OF THE DOCKET SHEET. We will retrieve the documents using our Pacer system. Please note we DO NOT utilize the CM/ECF transfer function.

Sincerely,
J.Michael McMahon

By:
MDL Unit
(212) 805-0646

**RECEIVED**

FEB 1 9 2009

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT